**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 07 2019 ★

BROOKLYN OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DERRICK U DENNIS, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

ZAGG INC.,

    Defendant.

Case No. 1:19-cv-01702-WFK-VMS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:   Queens, New York
           June 5, 2019

By: /s/ Jonathan Shalom
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
124-04 Metropolitan Avenue
Kew Gardens, NY 11415
T: (718) 971-9474
*ATTORNEYS FOR PLAINTIFF*

By: /s/ Kenneth L. Cannon
Kenneth L. Cannon, II, Esq.
Durham Jones & Pinegar, P.C.
111 South Main, Suite 204
Salt Lake City, UT 84111
T: (801) 415-3000
*ATTORNEYS FOR DEFENDANT*

The application is ✓ granted.
SO ORDERED    ~~denied~~
s/WFK
William F. Kuntz, II, U.S.D.J.
Dated: June 5, 2019
Brooklyn, New York

